## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Sharp, Harry, et al. v. Xavier Becerra, et al.**

No.: **190350**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550.

On August 24, 2018, I served the attached **NOTICE OF REMOVAL OF ACTION, UNDER 28 U.S.C. §1441(a) (Federal Question)** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Sacramento, California, addressed as follows:

George M. Lee
Attorney at Law
Seiler Epstein Ziegler & Applegate, LLP
601 Montgomery St., Ste. 2000
San Francisco, CA 94111

Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
2 North Front Street, Fifth Floor
Wilmington, NC 28401

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 24, 2018, at Sacramento, California.

| Tracie L. Campbell | _Tracie Campbell_ (signature) |
|---|---|
| Declarant | Signature |

SA2018102035
13226326.docx