SEILER EPSTEIN ZIEGLER & APPLEGATE LLP
George M. Lee (SBN 172982)
Douglas A. Applegate (SBN 142000)
601 Montgomery Street, Suite 2000
San Francisco, CA 94111

THE DIGUISEPPE LAW FIRM, P.C.
Raymond M. DiGuiseppe (SBN 228457)
2 North Front Street, Fifth Floor
Wilmington, NC 28401

BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
400 Capitol Mall, Suite 2530
Sacramento, CA 95814
Telephone: (916) 447-4900

Attorneys for Plaintiffs and Petitioners

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARRY SHARP; DAVID AJIROGI; RYAN GILARDY; DARIN PRINCE; TODD FELTMAN; DAVID KUEH; TERRY JAHRAUS;THE CALGUNS FOUNDATION; FIREARMS POLICY COALITION; FIREARMS POLICY FOUNDATION; and SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs and Petitioners,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California; BRENT E. ORICK, in his official capacity as Acting Chief of the Department of Justice Bureau of Firearms; JOE DOMINIC, in his official capacity as Chief of the Department of Justice California Justice Information Services Division; CALIFORNIA DEPARTMENT OF JUSTICE; and DOES 1 through 20, inclusive,<br><br>Respondents. | Case No. 2:18-cv-02317-MCE-AC<br><br>**STIPULATION AND JOINT REQUEST TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER THEREON** |

WHEREAS, Petitioners Harry Sharp, David Ajirogi, Ryan Gilardy, the Calguns Foundation, Firearms Policy Coalition, Firearms Policy Foundation, and Second Amendment Foundation filed this action against Respondents Xavier Becerra, Attorney General of the State of California, Brent E. Orick, Acting Chief of the Department of Justice Bureau of Firearms, and the California Department of Justice on July 11, 2018 in the Superior Court of California for the County of Shasta;

WHEREAS, Petitioners filed a Verified First Amended Petition for Writ of Mandate and Complaint for Declaratory and Injunctive Relief (the "Petition") on August 6, 2018, adding Darin Prince, Todd Feltman, David Kuehl, and Terry Jahraus as additional petitioners and Joe Dominic, Chief of the Department of Justice California Justice Information Services Division, as an additional respondent;

WHEREAS, Petitioners served their summons and Petition on Respondents on August 13, 2017;

WHEREAS, Respondents removed the action to this Court on August 24, 2018;

WHEREAS, on September 4, 2018, the parties filed a stipulation pursuant to Local Rule 144 extending Respondents' time to answer or otherwise respond to the Petition until September 14, 2018;

WHEREAS, the parties have met-and-conferred regarding the pleadings, and Respondents have consented to Petitioners filing a Second Amended Complaint pursuant to FRCP 15(a)(2), which shall be filed on or before September 21, 2018;

NOW, THEREFORE, by and through their respective counsel of record, the parties hereby stipulate and jointly request that the Court enter an order (1) extending Respondents' time to answer or otherwise respond to the operative complaint until September 21, 2018; and (2) permitting Respondents to file a Second Amended Complaint on or before September 21, 2018

2
STIPULATION AND JOINT REQUEST TO EXTEND TIME TO RESPOND TO FAC; ORDER THEREON

IT IS SO STIPULATED

Dated: September 14, 2018					Respectfully Submitted,

								XAVIER BECERRA
								Attorney General of California
								MARK R. BECKINGTON
								Supervising Deputy Attorney General


								/s/ Enrique A. Monagas
								ENRIQUE A. MONAGAS
								Deputy Attorney General
								*Attorneys for Respondents*

Dated: September 14, 2018					SEILER EPSTEIN ZIEGLER & APPLEGATE LLP



								/s/ George M. Lee
								GEORGE M. LEE
								*Attorneys for Petitioners*

Dated: September 14, 2018					THE DIGUISEPPE LAW FIRM, P.C.



								/s/ Raymond M. DiGuiseppe
								RAYMOND M. DIGUISEPPE
								*Attorneys for Petitioners*


**ORDER**

Good cause having been shown, the Court hereby ORDERS that Respondents shall answer or otherwise respond to the First Amended Complaint on or before September 21, 2018. Petitioners may file a Second Amended Complaint on or before September 21, 2018.

IT IS SO ORDERED.

Dated: September 17, 2018				_____
								MORRISON C. ENGLAND, JR.
								UNITED STATES DISTRICT JUDGE

3
STIPULATION AND JOINT REQUEST TO EXTEND TIME TO RESPOND TO FAC; ORDER THEREON