IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HARRY SHARP, at al.,** | CASE NO. 2:18-cv-02317-MCE-AC |
| Petitioners, | **ORDER** |
| v. | |
| **XAVIER BECERRA, et al.,** | |
| Respondents. | |

Pursuant to the parties' stipulation, and good cause having been shown, Respondents shall answer or otherwise respond to the Second Amended Complaint on or before October 19, 2018.

IT IS SO ORDERED.

Dated: October 3, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE