George M. Lee (SBN 172982)
**SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
Phone: (415) 979-0500
Fax:    (415) 979-0511

Raymond M. DiGuiseppe (SBN 228457)
**THE DIGUISEPPE LAW FIRM, P.C.**
2 North Front Street, Fifth Floor
Wilmington, NC 28401
Phone: (910) 713-8804
Fax:    (910) 672-7705

Attorneys for Plaintiffs and Petitioners

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY SHARP, et al., <br><br> Petitioners, <br><br> vs. <br><br> XAVIER BECERRA, et al., <br><br> Respondents. | Case No. 2:18-cv-02317-MCE-AC <br><br> **STIPULATION AND REQUEST TO EXTEND TIME TO FILE OPPOSITION AND REPLY RE RESPONDENTS' MOTION TO DISMISS; ORDER** |

WHEREAS, Petitioners Harry Sharp, David Ajirogi, Ryan Gilardy, the Calguns Foundation, Firearms Policy Coalition, Firearms Policy Foundation, and Second Amendment Foundation initiated this action against Respondents Xavier Becerra, Attorney General of the State of California, Brent E. Orick, Acting Chief of the Department of Justice Bureau of Firearms, and the California Department of Justice on July 11, 2018 in the Superior Court of California for the County of Shasta;

WHEREAS, Petitioners filed a Verified First Amended Petition for Writ of Mandate and Complaint for Declaratory and Injunctive Relief (the "Petition") on August 6, 2018, adding Darin Prince, Todd Feltman, David Kuehl, and Terry Jahraus as additional petitioners and Joe Dominic, Chief of the Department of Justice California Justice Information Services Division, as

an additional respondent;

WHEREAS, Petitioners served their summons and Petition on Respondents on August 13, 2017;

WHEREAS, Respondents removed the action to this Court on August 24, 2018;

WHEREAS, and pursuant to the stipulation and proposed order endorsed by the Court on September 18, 2018 [Dkt. 9], Petitioners filed their operative SECOND AMENDED PETITION FOR WRIT OF MANDATE AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF ("SAC") on September 21, 2018 [Dkt. 10];

WHEREAS, Respondents filed their motion to dismiss Petitioners' SAC on October 19, 2018 [Dkt. 14] ("Motion to Dismiss");

WHEREAS, the Court, on its own motion, in a Minute Order entered on October 19, 2018 [Dkt. 15], vacated the hearing date on the Motion to Dismiss, and ordered any opposition or statement of non-opposition, and reply due dates to be filed in accordance with the original motion hearing date, which was November 29, 2018;

WHEREAS, the parties have met and conferred regarding good cause to extend the time to file opposition and reply papers regarding the Motion to Dismiss, and agreed upon the following;

NOW, THEREFORE, by and through their respective counsel of record, the parties hereby stipulate and jointly request that the Court enter an order: (1) extending Petitioners' time to file an opposition to the Motion to Dismiss such that it shall be filed on or before **November 21, 2018**, and (2) extending Respondents' time to file any reply in support of their Motion to Dismiss to **December 3, 2018**.

SO STIPULATED.

Dated: November 14, 2018  **SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**

/s/ George M. Lee
George M. Lee

Attorney for Plaintiffs and Petitioners

Dated: November 14, 2018  XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General


/s/ Enrique A. Monagas
ENRIQUE A. MONAGAS
Deputy Attorney General

Attorneys for Defendants and Respondents


## ORDER

Pursuant to the stipulation of the parties, and good cause having been shown, the Court hereby orders an extension of the time for the parties to file opposition and reply memoranda regarding Respondents' Motion to Dismiss Claims [Dkt. 14]. Accordingly, Petitioners shall file any opposition to the Motion to Dismiss on or before **November 21, 2018**, and Respondents' shall file any reply in support of their Motion to Dismiss on or before **December 3, 2018**.

IT IS SO ORDERED.


Dated:  November 19, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE