George M. Lee (SBN 172982)
**SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
Phone: (415) 979-0500
Fax:   (415) 979-0511

Raymond M. DiGuiseppe (SBN 228457)
**THE DIGUISEPPE LAW FIRM, P.C.**
2 North Front Street, Fifth Floor
Wilmington, NC 28401
Phone: (910) 713-8804
Fax:   (910) 672-7705

Attorneys for Plaintiffs and Petitioners

Xavier Becerra
ATTORNEY GENERAL OF CALIFORNIA
John W. Killeen
DEPUTY ATTORNEY GENERAL
CALIFORNIA DEPARTMENT OF JUSTICE
1300 I Street, 17th Floor
Sacramento, CA 95814
Tel. (916) 210-6045

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY SHARP, et al.,<br><br>Petitioners,<br><br>vs.<br><br>XAVIER BECERRA, et al.,<br><br>Respondents. | Case No. 2:18-cv-02317-MCE-AC<br><br>**ORDER ADOPTING PARTIES' JOINT RULE 26(F) REPORT AND DISCOVERY PLAN** |

This Court, having considered the JOINT RULE 26(F) REPORT AND PROPOSED DISCOVERY PLAN ("Joint Report") jointly submitted by the parties, and good cause appearing, hereby ORDERS as follows:

1

The parties shall exchange initial disclosures pursuant to Rule 26(a) on or before February 5, 2019, unless they jointly stipulate to further extensions.

The parties shall be subject to the ordinary limitations governing the number of depositions (FRCP 30(a)(2)(A)(1)) and the number of interrogatories (FRCP 33(a)(1)) afforded to each side. The parties shall meet and confer regarding the exchange and production of electronically stored information in suitable and acceptable form, as set forth in the parties Joint Report.

In light of the lack of settlement of the pleadings, pending defendants' motion to dismiss (Doc. #14), and pursuant to the parties' stipulation, the cutoff date for all discovery, with the exception of expert witness discovery, shall be completed within ten (10) months after the defendants' filing of an answer to the operative complaint, should the Court allow the claims to proceed after ruling on defendants' motion to dismiss (Doc. #14).

Thereafter, the timing of expert witness discovery would be governed pursuant to the same time table set forth in this Court's initial Pretrial Scheduling Order (Doc. #2), i.e., expert disclosure and reports would be due 60 days after the close of discovery, and supplemental expert witness discovery due 30 days after that date.

Except as otherwise modified herein, all conditions of the Court's original Initial Pretrial Scheduling Order (Doc. #2), pertaining to discovery shall apply. The parties shall file a Joint Notice of Trial Readiness not later than thirty (30) days after receiving the Court's ruling(s) on the last filed dispositive motions, if any, or within thirty (30) days after the close of supplemental expert witnesses.

IT IS SO ORDERED.

Dated: February 27, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE