XAVIER BECERRA
Attorney General of California
BENJAMIN M. GLICKMAN
Supervising Deputy Attorney General
JOHN W. KILLEEN, State Bar No. 258395
Deputy Attorney General
 1300 I Street, Suite 125
 Sacramento, CA  95814
 Telephone:  (916) 210-6045
 Fax:  (916) 324-8835
 E-mail:  John.Killeen@doj.ca.gov
*Attorneys for Respondents*
*Xavier Becerra, Brent E. Orick, Joe Dominic, and the California Department of Justice*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HARRY SHARP, et al.,** | CASE NO. 2:18-cv-02317-MCE-AC |
| Petitioners, | **STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT** |
| v. | |
| **XAVIER BECERRA, et al.,** | |
| Respondents. | |

Pursuant to Local Rule 144(a), all Plaintiffs and all Defendants in this action hereby stipulate that Defendants may have until July 12, 2019, to respond to the operative complaint. The agreed-upon extension is two days, so no court approval is required.

Dated:  July 10, 2019                                                    Respectfully Submitted,

                                                                    XAVIER BECERRA
                                                                    Attorney General of California
                                                                    BENJAMIN M. GLICKMAN
                                                                    Supervising Deputy Attorney General

                                                                  */s/ John W. Killeen*
                                                                   JOHN W. KILLEEN
                                                                   Deputy Attorney General
                                                                   *Attorneys for Respondents Xavier Becerra,*
                                                                   *Brent E. Orick, Joe Dominic, and the*
                                                                   *California Department of Justice*

Dated:  July 10, 2019

                                                                  SEILER EPSTEIN LLP

                                                                  */s/ George M. Lee (signature used by*
                                                                   *permission granted on July 10, 2019)*
                                                                   GEORGE M. LEE
                                                                   *Attorneys for Petitioners*

SA2018102035
13903840.docx

1

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Sharp, Harry, et al. v. Xavier Becerra, et al.** | No. | **2:18-cv-02317-MCE-AC** |

I hereby certify that on <u>July 10, 2019</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>July 10, 2019</u>, at Sacramento, California.

| | |
|---|---|
| Tracie L. Campbell | */s/ Tracie Campbell* |
| Declarant | Signature |

SA2018102035
13904036.docx