George M. Lee (SBN 172982)
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
gml@seilerepstein.com

Raymond M. DiGuiseppe (SBN 228457)
**THE DIGUISEPPE LAW FIRM, P.C.**
4320 Southport-Supply Road, Suite 300
Southport, North Carolina 28461
Phone: 910-713-8804
law.rmd@gmail.com

Bradley A. Benbrook (SBN 177786)
Stephen M. Duvernay (SBN 250957)
**BENBROOK LAW GROUP, PC**
400 Capitol Mall, Suite 2530
Sacramento, CA  95814
Telephone: (916) 447-4900

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY SHARP; DAVID AJIROGI; RYAN GILARDY; DARIN PRINCE; TODD FELTMAN; DAVID KUEH; TERRY JAHRAUS; THE CALGUNS FOUNDATION; FIREARMS POLICY COALITION; FIREARMS POLICY FOUNDATION; SECOND AMENDMENT FOUNDATION; and MADISON SOCIETY FOUNDATION,<br><br>        Plaintiffs and Petitioners,<br><br>                vs.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California; LUIS LOPEZ, in his official capacity as Director of the Department of Justice Bureau of Firearms; JOE DOMINIC, in his official capacity as Chief of the Department of Justice California Justice Information Services | Case No. 2:18-cv-02317-MCE-AC<br><br>**STIPULATED INJUNCTION AND CONSENT DECREE** |

Division; CALIFORNIA DEPARTMENT OF JUSTICE; and DOES 1 through 20, inclusive,

Defendants and Respondents.

## **STIPULATED INJUNCTION AND CONSENT DECREE**

The above-captioned Plaintiffs and Defendants, by and through their respective counsel, hereby enter into this Stipulated Injunction and Consent Decree.

Through this action—filed in state court and later removed to this Court on federal question grounds—Plaintiffs alleged that the California Department of Justice's online program for registering "bullet button" firearms, as required by a 2016 amendment to California's Roberti-Roos Assault Weapons Control Act ("ACWA"), *inter alia*, subjected them and those similarly situated to constitutional due process violations by failing to afford them adequate opportunity to complete the registration necessary for purposes of maintaining lawful possession of such firearms.

Defendants moved to dismiss Plaintiffs' complaint for failure to state a claim, which this Court denied. Since then, Defendants have answered Plaintiffs' Second Amended Complaint and the parties have conducted various forms of discovery.

The parties have now entered into a Settlement Agreement, by which the parties also have agreed to enter into this stipulated injunction, and mutually consent to the judicial decrees necessary to effectuate the same.

The terms and conditions of this Stipulated Injunction and Consent Decree are as follows:

**Reopening of Assault Weapons Registrations Under Pen. Code § 30900(b)**

1.   Defendants shall re-open the registration period, for individuals who possessed eligible firearms (Cal. Penal Code § 30900, subdiv. (b)) and started the process of submitting applications to the Department of Justice ("Department"), Bureau of Firearms ("Bureau"), before July 1, 2018, but who were unable to complete the submission process because of technical difficulties. This re-opened registration period shall be available only to persons meeting all of the following requirements: (1) prior to January 1, 2017, the person would have been eligible to

1  register an assault weapon pursuant to subdivision (b) of Penal Code § 30900; (2) the person
2  lawfully possessed each assault weapon to be registered, prior to January 1, 2017; (3) the person
3  attempted to register the assault weapon prior to the original registration deadline of midnight on
4  July 1, 2018, but was unable to do so because of technical difficulties; and (4) the person timely
5  registers the assault weapon(s) in accordance with the terms of this Stipulation. Collectively,
6  these four requirements shall be referred to herein as "the Registration Requirements."

7       2.     All new assault weapons registrations shall be implemented by and through the
8  Bureau, through a notice period and a registration window. The notice period, during which time
9  defendants shall make efforts to notify the public of this settlement and the new assault weapons
10 registration period, shall be at least 120 days from the date that this stipulated injunction is
11 entered by the Court, but may be longer if needed by the Department to prepare and implement
12 its systems ("Notice Period"). Following this minimum 120-day Notice Period, the Department,
13 through the Bureau's website, shall open a website page for new registrations, and thereafter,
14 shall accept registrations for assault weapons, if the applicant meets the Registration
15 Requirements, for a period of 90 days (the "Registration Period"). At the end of the last day of
16 the Registration Period, the system shall be closed to any new registrations, except that the
17 Department will accept as timely paper registrations that are postmarked by the last day of the
18 Registration Period, pursuant to the paper option described in paragraph 5 below.

19      3.     Once this stipulated injunction is approved, the Department shall perform the
20 following to begin the Notice Period:

21     (a) The Department shall announce and feature the re-opened Registration Period
22         on the Bureau of Firearms website;
23     (b) The Department shall provide notice of the re-opened Registration Period to
24         other known firearms rights groups and law firms;
25     (c) The Department shall provide notice of the re-opened Registration Period to
26         every person that called or emailed them to complain about not being able to
27         register before or after the original deadline of July 1, 2018, to the extent that
28         information is reasonably available; and

    (d) The Department will conduct a public outreach campaign (Internet and traditional news) to notify the public about the re-opened Registration Period.

    (e) The organizational Plaintiffs shall also endeavor to provide notice to their members about the re-opened Registration Period.

4. Pursuant to California Penal Code section 30900(b)(2), the Department shall permit persons meeting the Registration Requirements to submit electronically via the Internet, utilizing a public-facing application made available by the Department throughout the Registration Period.

5. The Department shall also and alternatively accept paper submissions from persons otherwise meeting the Registration Requirements, on a form that shall incorporate substantially all of the information that is required to be submitted electronically pursuant to California Penal Code section 30900(b)(2). Paper forms submitted in this manner shall be accepted by mail or overnight carrier delivery if accompanied by a postmark or other evidence of submission on or before the last day of the Registration Period.

6. For all assault weapon registration submitted in the Registration Period, whether submitted electronically or by paper, the Department may require different or additional information from persons who present, along with their submission, a form of identification that states "FEDERAL LIMITS APPLY."

7. Any other substantive issues with a registration should be handled using substantially the same procedures that the Department used for registrations submitted before July 1, 2018, that is, the Department will provide registrants timely submitting registrations during the Registration Period with the same ability to cure any defects in their submissions, whether submitted electronically or by paper. Such defects may include but are not limited to: incomplete or missing information, typographical errors, information that does not match the information in the Department's records, and incomplete or unclear photographs.

8. During the Registration Period, the Department may require registrants to verify under penalty of perjury that they attempted to register their weapon(s) before July 1, 2018, but were unable to do so because of technical difficulties, by checking a box (or similar mechanism)

contained as a part of their registration submission. The Department shall clearly notify any individuals registering firearms during the new Registration Period of the following: (a) that the Department may attempt to verify whether any particular registrant attempted to register their weapon(s) before July 1, 2018; (b) the potential consequences of providing false statements in connection with such registrations; and (c) that if they submit a weapon that was not attempted to be registered before July 1, 2018, they could be subject to consequences as prescribed by law.

## **Statewide Enforcement of Assault Weapons Laws**

9. Upon approval and entry of this stipulated injunction by the Court, and throughout the reopened Registration Period, the following shall apply:

A. The Department will provide registrants with the same conditions and considerations as during the original registration period.  For the duration of the Notice Period and the Registration Period, the Department shall forebear from prosecuting individuals for the charge of possession of an unregistered assault weapon under Penal Code sections 30600 or 30605 if they satisfy the Registration Requirements by the end of the Registration Period.

B. Persons eligible to register under the Registration Requirements shall be accorded protection under Penal Code section 30680 and may raise their eligibility as an affirmative defense to any and all prosecutions throughout this State for which the valid registration of an assault weapon is or may be a defense.

C. In response to any and all inquiries from law enforcement agencies pertaining to requests for information regarding the status of any assault weapon registration(s), the Department shall provide information referencing this injunction providing for the Registration Period.

D. The Attorney General shall inform all district attorneys' offices, sheriffs' offices, and other law enforcement agencies in California of this Stipulated Injunction and Consent Decree, and advise that all pending investigations and prosecutions for Penal Code sections 30600 and/or 30605 for which valid registration of an assault weapon is or may be a defense should be stayed or postponed if there is reason to believe the subject would be able to

meet the Registration Requirements and register the firearms appropriately. Upon proof that the subject has successfully completed the Registration Requirements, any pending investigation or prosecution as to a violation of section 30600 and/or 30605 for which valid registration of an assault weapon is a defense shall be ceased and any pending charges dismissed as to those violations.

    E. Anyone who has a firearm being detained or held by a law enforcement agency, and who is not otherwise prohibited from owning or possessing firearms (see https://oag.ca.gov/sites/all/files/agweb/pdfs/firearms/forms/pdf/prohibcatmisd.pdf), shall not be barred from registering said firearm(s) if the person is otherwise eligible to register the firearm(s) under the Registration Requirements and can satisfy the Registration Requirements during the Registration Period.

  10. Approval of this stipulation and entry of the injunction shall constitute a voluntary dismissal of the cases pending in this Court and in Shasta County Superior Court, except as may be necessary to enforce the injunction and the parties' settlement. The Court shall retain jurisdiction to enforce the terms of this stipulation, and the parties' settlement.

  11. Plaintiffs shall recover from Defendants the sum of $151,821.42, payment to be received by counsel for the Plaintiffs within sixty (60) days from the date that this Stipulated Injunction and Consent Decree is entered by the Court below.

■ ■ ■

By the signatures of their counsel below, the parties stipulate and agree to be bound by the foregoing terms and conditions of the foregoing stipulation, and request the Court to enter the injunction and consent decree accordingly.

| SEILER EPSTEIN LLP | OFFICE OF THE ATTORNEY GENERAL |
|---|---|
| /s/ George M. Lee<br>George M. Lee | /s/ John W. Killeen<br>John W. Killeen<br>Deputy Attorney General |
| Attorneys for Plaintiffs<br>HARRY SHARP, DAVID AJIROGI, RYAN GILARDY, DARIN PRINCE, TODD FELTMAN, DAVID KUEHL, TERRY | Attorneys for Defendants<br>XAVIER BECERRA, in his official capacity as Attorney General of California; LUIS |

| | |
|---|---|
| JAHRAUS, THE CALGUNS FOUNDATION, FIREARMS POLICY COALITION, FIREARMS POLICY FOUNDATION, SECOND AMENDMENT FOUNDATION and MADISON SOCIETY FOUNDATION | LOPEZ, in his official capacity as Director of the Department of Justice Bureau of Firearms, JOE DOMINIC, in his official capacity as Chief of the Department of Justice California Justice Information Services Division and the CALIFORNIA DEPARTMENT OF JUSTICE |

## ORDER OF INJUNCTION AND CONSENT DECREE

It is hereby ORDERED that the Stipulated Injunction and Consent Decree, as set forth above, is GRANTED AND APPROVED.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the parties are bound by the Stipulated Injunction and Consent Decree as set forth above, which shall resolve and dispose of this matter in accordance with the terms and conditions of the same, with the Court to retain jurisdiction in this matter as to the enforcement of this injunction, and the parties' settlement agreement.  The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated:  March 29, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE